.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OFELIA MENDEZ, on behalf of herself and of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM ONSITE SERVICES–WEST, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:17-cv-00939-CJC-DFM<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS, AND WITHOUT PREJUDICE AS TO NON-CERTIFIED CLASS CLAIMS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[Joint Stipulation Requesting Dismissal Filed And Submitted Under Separate Cover Concurrently Herewith]**<br><br>Action Filed:  March 17, 2017<br>Courtroom:     9B |

Pursuant to concurrently submitted Stipulation by and between all the parties through their counsel of record, and **FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that:

//

---

ORDER TO DISMISS ACTION

1. That the above-captioned action be hereby voluntarily dismissed, in its entirety, pursuant to FRCP 41(a)(1)(A)(ii):

    a. **With prejudice** only as to Plaintiff Ofelia Mendez' individual claims; and

    b. **Without prejudice** only as to the class and representative claims.

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 20, 2017          _____
                                         The Honorable Cormac J. Carney
                                         United States District Judge

# PROOF OF SERVICE

*Ofelia Mendez vs. ABM Onsite Services West, Inc.*
United States District Court-Central; Case No. SACV17-00939 CJC (DFMx)
[Removed from Orange County Superior Court, Case No. 30-2017-00906556-CU-OE-CXC]

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On October 20, 2017, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS, AND WITHOUT PREJUDICE AS TO NON-CERTIFIED CLASS CLAIMS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** on the interested parties in this action as follows:

James R. Hawkins, Esq.                Attorneys for Plaintiff
Isandra Fernandez, Esq.               OFELIA MENDEZ
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone:  (949) 387-7200
Facsimile:  (949) 387-6676

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 20, 2017, at Irvine, California.


                                            Angelina M. Rangel

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100